UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Charles B. Ridley, III,<br><br>       Plaintiff,<br><br>v.<br><br>The Law Office of Larry Roach,<br><br>       Defendant. | Case No. 3:11-CV-02407-MBS<br><br><br>**STIPULATION OF DISMISSAL<br>  WITH PREJUDICE** |

The parties stipulate that all controversy between the Plaintiff and the Defendant has been fully resolved. Therefore, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the parties hereby stipulate that this action and the Plaintiff's Complaint are dismissed and forever ended <u>with prejudice</u>.


 *s/Penny Hays Cauley*
PENNY HAYS CAULEY (ID # 10323)
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
843.662.1717 (Office)
843.665.1718 (Fax)
phc917@hayscauley.com
**Attorney for the Plaintiff**

 *s/Curtis W. Dowling*
CURTIS W. DOWLING (ID # 4185)
MATTHEW G. GERRALD (ID # 10055)
BARNES, ALFORD, STORK & JOHNSON, LLP
1613 Main Street (29201)
Post Office Box 8448
Columbia, South Carolina 29202
803.799.1111 (Office)
803.254.1335 (Fax)
curtis@basjlaw.com
matt@basjlaw.com
**Attorneys for the Defendant**

December 3, 2012
Columbia, South Carolina